IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01762-TPO

THI THUY EM NGUYEN,
a/k/a Em Thi Thuy Nguyen,

Plaintiff,

v.

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security,
in his official capacity,

JOSEPH EDLOW, Director,
U.S. Citizenship and Immigration Services,
in his official capacity,

and

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on November 17, 2026.**

This matter comes before the Court upon the Parties' Joint Stipulation of Dismissal without Prejudice. ECF 25. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties' stipulated dismissal is self-effectuating. Accordingly, this matter was dismissed without prejudice as of the filing of their Joint Stipulation.

The Clerk of Court is directed to **close** the case.